**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| LINDA HAMILTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action |
| vs. ) | Case No. 07-1356-MLB-DWB |
| ) | |
| CORPORATE HILLS, LLC, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## CONSENT DECREE APPROVING SETTLEMENT

Now, on this 5th day of March, 2008, this matter comes on for hearing on the application of the parties for approval of the Stipulation for Settlement. The Plaintiff appears by Edward Zwilling of Schwartz Zweben & Slingbaum, LLP and Lawrence Williamson; the Defendant appears by David P. Calvert of David P. Calvert, P.A. There are no other appearances.

The Court finds that the parties to this action have entered into a Settlement Agreement and agree that the Court should retain jurisdiction over this case for enforcement purposes only.

IT IS THEREFORE ORDERED that the Court shall retain jurisdiction over this case for enforcement purposes only.

IT IS FURTHER ORDERED that subject to compliance by the parties with the terms of the Settlement Agreement, the claims of the plaintiff are dismissed with prejudice.

                                                s/ Monti Belot
                                                MONTE L. BELOT
                                                United States District Judge